**DENIED**
**The Motion to Reopen Case is denied for the reasons stated at the February 25, 2015 hearing.**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re: Case No.: 12–10428 – RAG    Chapter: 7

Ann Marie Cregger
915 Paradise Road
Aberdeen, MD 21001

### ORDER REOPENING CASE
### TO PERMIT DEBTOR(S) TO
### FILE A MOTION TO AVOID LIEN

Upon consideration of Debtor(s)' motion to reopen the above–captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted for the limited purpose of permitting Debtor(s) to file a Motion to Avoid Lien, and the Clerk shall reopen the case; and it is further

ORDERED, that if Debtor(s) has/have not initiated such action by filing a pleading herein on or before (30) days after this Order is entered, the Clerk shall close the case.

cc:   Debtor(s)
   Attorney for Debtor(s) – Wilbur W. Bolton III
   Chapter 7 Trustee – Brian A. Goldman
   U.S. Trustee
   Respondent Creditor(s) –

**End of Order**

31.2 – *rhegerle*